**Order entered December 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01631-CV

## IN RE: GREYHOUND LINES, INC., FIRST GROUP AMERICA, AND LAVANDA GORDON WASHINGTON, Appellant

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02505-J**

## ORDER

The Court **GRANTS** the December 10, 2013 agreed motion of real party Memorial Bone and

Joint Clinic for an extension of time to file a response to relator's petition for writ of mandamus. The

Court **ORDERS** Memorial Bone and Joint Clinic to file its response by January 24, 2014.


/s/     DOUGLAS S. LANG
        JUSTICE